UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD D. SMITH,<br><br>            Petitioner,<br>v.<br><br>DERRAL G. ADAMS, Warden,<br><br>           Respondent. | Civil No. 06CV2728 JAH(AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION [DOC. #32] AND DISMISSING FIRST AMENDED PETITION [DOC. # 31] AS MOOT** |

On March 11, 2009, the Honorable Anthony J. Battaglia, United States Magistrate Judge, issued a report and recommendation ("report") [doc. # 32] recommending that this Court dismiss petitioner's first amended petition filed on February 11, 2009 [doc. # 31] because the first amended petition was not complete in itself as required by the Local Rules of this District. *See* Doc. # 32 (citing CivLR 15.1). On April 1, 2009, petitioner filed a second amended petition which complies with the Local Rules and has now been fully briefed by the parties. *See* Docs. # 34, 36, 37. Therefore, because the first amended petition has been superseded by the filing of the second amended petition, the first amended petition is moot.

//
//
//
//
//

1  Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report filed March 11,
2  2009 is ADOPTED and the first amended petition filed on February 11, 2009 is DISMISSED
3  as moot.

5  DATED: October 2, 2009

7  JOHN A. HOUSTON
   United States District Judge